JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| RAYMOND THOMAS GARCIA, JR., <br><br> Petitioner, <br><br> v. <br><br> SUPERIOR COURT OF THE COUNTY OF SAN BERNARDINO et al., <br><br> Respondents. | No. ED CV 20-01325-FMO (DFM) <br><br> JUDGMENT |

Pursuant to the Order Summarily Dismissing Petition for Lack of Jurisdiction,

IT IS ADJUDGED that that the petition is summarily dismissed.

Date: July 9, 2020

_____/s/_____
FERNANDO M. OLGUIN
United States District Judge